E-filing

**FILED**
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric, et al.
　　　　　Plaintiff,

vs.

Baron M.D.
Vanderhoofven J.
Tupy R.
　　　　　Defendant.

CASE NO. 08 4121

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *In the year of 2000 at San Quentin Stat-*
5  *e Prison I had no pay number. Prior to*
6  *that I'm disable and homeless (ADA)*

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or                    Yes ___ No ✓
10      self employment
11  b.  Income from stocks, bonds,                 Yes ✓ No ___
12      or royalties?
13  c.  Rent payments?                             Yes ___ No ✓
14  d.  Pensions, annuities, or                    Yes ___ No ✓
15      life insurance payments?
16  e.  Federal or State welfare payments,         Yes ___ No ✓
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  *$13.00 from my Aunt on 1-14-08 serial*
22  *No. 20047966 9335*

23  3.   Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.  List amount you contribute to your spouse's support: $ *N/A*

PRIS. APP. TO PROC. IN FORMA PAUPERIS                -2-

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

*N/A*

5. Do you own or are you buying a home?     Yes ___ No _✓_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes ___ No _✓_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _✓_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ___ No _✓_ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _✓_

8. What are your monthly expenses?
Rent: $ *N/A*          Utilities: *N/A*
Food: $ *N/A*          Clothing: *N/A*
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-20505-JF-530; CV-00752-JF-550; CV-03621-JF-555

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-7-08  
DATE

T. Bradshaw  
SIGNATURE OF APPLICANT

Case Number:_____

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.      (20%= $0.00)

Dated: 8/11/08                                            _____
                                                                            Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___Kloppin___
   TRUST OFFICE

```
CALIFORNIA DEPARTMENT OF CORRECTIONS
         PELICAN BAY STATE PRISON
        INMATE TRUST ACCOUNTING SYSTEM
         INMATE TRUST ACCOUNT STATEMENT

     FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 11, 2008
```

ACCOUNT NUMBER : P20045          BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT      ACCOUNT TYPE: I
PRIVILEGE GROUP: C

## TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 02/05/2008 | H116 | FEDERAL FILING FEE HOLD | 3408 INI | 0.30 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 |

CURRENT AVAILABLE BALANCE

0.30-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ~~D. Kleppin~~
(TRUST OFFICE)